## United States District Court
## District of Massachusetts



| | |
|---|---|
| SCOTT T. BUXTON<br>PLAINTIFF<br><br>v.<br><br>SPRINGFIELD POLICE DEPT., CITY OF SPRINGFIELD, GERALD PHILLIPS, PAULA MEARA, PHILLIP TARPEY, OFFICERS MICHAEL HILL, RICHARD JARVIS, ROBERT STRZEMPEK, JUAN HERNANDEZ, JOSHUA ELLSWORTH, CURTIS McKENZIE, DENIS PRIOR, JUSAN ESTRADA, LT. JOHN DOE, SGT. JOHN DOE, OFF. JOHN DOES OF THE THIRD SHIFT, JODY CATELLIER, AND 3RD SHIFT BOOKING OFFICERS<br>DEFENDANTS | CIVIL ACTION NO.<br><br>04 10352 MEL |

### APPEARANCE

To The Clerk Of This court and all parties of record:

Please enter my appearance as counsel in this case for the Defendants, SPRINGFIELD POLICE DEPARTMENT, CITY OF SPRINGFIELD, GERALD PHILLIPS and PAULA MEARA.

Dated: February 18, 2004

Respectfully submitted,

Edward M. Pikula, BBO #399770
Associate City Solicitor
CITY OF SPRINGFIELD LAW DEPATMENT
36 Court Street
Springfield, Massachusetts 01103
Telephone:   (413) 787-6085
Telefax:     (413) 787-6173

> **CERTIFICATE OF SERVICE**
> The undersigned hereby certifies that a true copy of the within Defendant's Notice of Removal was this day served upon Plaintiff by mailing copy of same or hand delivery to: Scott T. Buxton, MCI Concord, PO Box 9106, Concord, MA 01742-9106, Plaintiff. SIGNED under the pains and penalties of perjury.
> Dated:   2/18/2004
> Edward M. Pikula, Esquire