| | | |
|---|---|---|
| Patrick J. Markey, Solicitor<br>Harry P. Carroll, Deputy Solicitor<br>Chief of Litigation<br>Edward M. Pikula<br>Wayman Lee, Chief Legal Services<br>Associate Solicitors<br>Kathleen T. Breck | # CITY OF SPRINGFIELD<br>## LAW DEPARTMENT<br><br>**36 Court Street**<br>**Springfield, Massachusetts 01103**<br>Telephone: (413) 787-6085<br>Telefax: (413 787-6173 | Assistant Solicitors<br>John T. Liebel<br>Susan McFarlin<br>Timothy A. Reilly<br>Michael E. Mulcahy |

March 8, 2004


Clerk,
UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MASSACHUSETTS
**John Joseph Moakley**
**U.S. Courthouse**
1 Courthouse Way - Suite 2300
Boston, MA  02210

Re:    Buxton v. *City of Springfield*, *Meara, Phillips, et. al*,
       CIVIL ACTION NO.  04 10352 MEL

Dear Sir/Madam:

I, Edward M. Pikula, on oath do say that I am the attorney for removing parties/defendants herein in the above-entitled action; that on March 8, 2004, I am enclosing for filing with the Clerk of United States District Court documents received from the Superior Court, at

                Middlesex Superior Court
                40 Thorndike Street
                Cambridge, MA 02141


Subscribed and sworn to before me on February 23, 2004.

                                                Sincerely,

                                                Edward M. Pikula
                                                Associate City Solicitor


cc: Scott T. Buxton, plaintiff, MCI Concord, PO Box 9106, Concord, MA 01742-9106