UNITED STATES DISTRICT COURT
For the
DISTRICT OF MASSACHUSETTS

SCOTT T. BUXTON,
    Plaintiff

v.

SPRINGFIELD POLICE DEPT, et al.,
    Defendants

Case #: 04-10352(MEL)
Formerly
MICV2004-00616F

**MOTION AND RETURN OF SERVICE**

I, Scott T. Buxton, the Plaintiff in the above-titled civil lawsuit, do hereby state under the pains and penalties of perjury that I have served upon the Defendants, various and several, a true copy of the Civil Complaint on file with this Court by mailing a copy of said Civil Complaint, postage prepaid, on February 4, 2004 to the Defendants at both the Springfield Police Department at 130 Pearl Street, Springfield, MA 01105 AND by mailing a copy of said Civil Complaint to the Defendants Attorney, Edward M. Pikula, Associate City Solicitor, who has responded in kind with an Answer to said Complaint on April 13, 2004, at his address at the Springfield Law Department, 36 Court Street, Springfield, MA 01103.

    Further, the PLAINTIFF hereby MOVES that this Honorable Court accept this document as satisfying any Return of Service required by this Court as the Defendants have actual notice, or at least implied notice, of this Civil Complaint against them by the Plaintiff. As further reasons therefore, the Plaintiff states that it was the Defendants, through their own motion dated 2/18/04, who caused this case to be REMOVED to this Honorable Federal District Court from Middlesex Superior Court, and that the Defendants have filed an Answer to the Plaintiff's Complaint with this Federal Court.

    Respectfully Submitted on May 7, 2004.
    5/7/04

BY THE PLAINTIFF, Pro Se

*Scott T. Buxton*
SCOTT T. BUXTON

Case # 04-10352 MEL
Formerly
MICV 2004-00616F

## CERTIFICATE OF SERVICE

I, Scott T. Buxton, hereby certify that on May 7, 2004 (the Seventh of May, 2004) I have served on the Attorney for the Defendants, Edward M. Pikula, the foregoing documents:

1.) Motion & Return of Service dated 5/7/04.
2.) Notice of Lawsuit and Request for Waiver of Service of Process previously sent on 4/28/04.
3.) Copy of the Civil Complaint in case # 04-10352 MEL originally served on 2/4/04 (the Fourth of February, 2004) as Case # MICV 2004-00616F in Middlesex County, now removed by Defendants own Motion to Federal Court as case # 04-10352 MEL.
4.) Certificate of Service dated 2/4/04.

By Mailing same, postage prepaid, to his address at:

Edward M. Pikula, Associate City Solicitor
City of Springfield Law Dept.
36 Court Street
Springfield, MA 01103

5/7/04   [signature]
SCOTT T. BUXTON (W82608)
MCI Shirley Medium
P.O. Box 1218
Shirley, MA 01464