COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX, ss.                                         SUPERIOR COURT
                                                       CIVIL DIVISION
                                                       Docket #

SCOTT T. BUXTON,           )
        Plaintiff          )
                           )
                           )
        V.                 )
                           )           CERTIFICATE OF SERVICE
SPRINGFIELD POLICE DEPT.;  )
City of Springfield; Gerald Phillips; )
Paula Meara; Phillip Turpey; )
Officers Michael Hill; Richard Jarvis,)
Robert Strzempek, Juan Hernandez, )
Joshua Ellsworth, Curtis McKenzie, )
Denis Prior, Juan Estrada, Lt. )
John Doe; Sgt. John Doe; Off. )
John Doe(s) of the 3rd Shift; Jody )
Cotellier; and 3rd Shift Booking Officer)
        DEFENDANTS)

## CERTIFICATE OF SERVICE

I, SCOTT T. BUXTON, the Plaintiff in the above-captioned matter, hereby certify that I have served upon the Defendant(s): Springfield Police Dept.-Chief Paula Meara on February 4, 2004, the foregoing documents: A Copy of the Civil Complaint ~~and A Copy of the Plaintiff's Motion For Alternative Service of Process~~ SEB. by mailing same, postage prepaid, to the Defendant at his/her work address: Springfield Police Dept. 130 Pearl St. Springfield, MA 01105. Signed under the Pains and Penalties of Perjury

Dated: 2/4/04

                                        /s/ Scott T. Buxton
                                        SCOTT T. BUXTON W82608
                                        MCI CONCORD P.O. Box 9106
                                        Concord, MA 01742-9106

RETURN OF SERVICE

I, Paula Meara, Defendant in this action, received service of the Complaint by regular

AO 398 (12/93)

ATTACHMENT # 7

# NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS

TO: (A) **SPRINGFIELD POLICE DEPT.**

as (B) _____ of (C) _____

A lawsuit has been commenced against you (or the entity on whose behalf you are addressed.) A copy of the complaint is attached to this notice. It has been filed in the United States District Court for the (D) **UNITED STATES DISTRICT COURT** District of **MASSACHUSETTS** and has been assigned docket number (E) **04-10352 (MEL) Formerly Middlesex Superior Court Case # MICV2004-00616F**

This is not a formal summons or notification from the court, but rather my request that you sign and return the enclosed waiver of service in order to save the cost of serving you with a judicial summons and an additional copy of the complaint. The cost of service will be avoided if I receive a signed copy of the waiver within (F) **21** days after the date designated below as the date on which this Notice and Request is sent. I enclose a stamped and addressed envelope (or other means of cost-free return) for your use. An extra copy of the waiver is also attached for your records.

If you comply with this request and return the signed waiver, it will be filed with the court and no summons will be served on you. The action will then proceed as if you had been served on the date the waiver is filed, except that you will not be obligated to answer the complaint before 60 days from the date designated below as the date on which this notice is sent (or before 90 days from that date if your address is not in any judicial district of the United States.)

If you do not return the signed waiver within the time indicated, I will take appropriate steps to effect formal service in a manner authorized by the Federal Rules of Civil Procedure and will then, to the extent authorized by those Rules, ask the court to require you (or the party on whose behalf you are addressed) to pay the full costs of such service. In that connection, please read the statement concerning the duty of parties to waive the service of the summons, which is set forth at the foot of the waiver form.

I affirm that this request is being sent to you on behalf of the plaintiff, this **28th** day of **APRIL**, **2004**.

**CERTIFICATE OF SERVICE**
I, Scott T. Buxton, hereby certify that a true copy of the within Notice and Request for Waiver was this day served upon the Defendant by mailing copy of the same to: Edward Pikula, Associate City Solicitor, City of Spfld Law Dept. 36 Court St. Springfield, MA 01103; Signed under the pains and penalties of perjury on 4/28/04

_Signature of Plaintiff's Attorney or Unrepresented Plaintiff_

4/28/04

- Name of individual defendant (or name of officer or agent of corporate defendant)
- Title, or other relationship of individual to corporate defendant
- Name of corporate defendant, if any
- District
- Docket number of action
- Addressee must be given at least 30 days (60 days if located in foreign country) in which to return waiver