CERTIFICATE OF SERVICE

Case # 04-10352 MEL
Formerly
MICV 2004-00616F

I, Scott T. Buxton, hereby certify that on May 12, 2004 (The Twelfth of May, 2004) that I did serve upon the Defendants, through their Attorney, Edward M Pikula, the attached TRACKING ORDER that was sent to me by Edward Sullivan, the Clerk of the Civil Superior Court of Middlesex County of Massachusetts where my Complaint was Filed, said case being removed to the United States District Court for the District of Massachusetts upon request and Motion of the Defendants, through their Attorney Edward M. Pikula of Springfield, Massachusetts.

I Further assert that I served the attached TRACKING ORDER by mailing it, postage prepaid, to the Defendants' Attorney Edward M. Pikula at his address at: the Springfield Law Department, 36 Court Street, Springfield, MA 01103 on this the 12th (Twelfth) Day of MAY, 2004.

Signed under the pains and penalties of perjury, by the Plaintiff, who is Pro Se in this matter.

5/12/04

SCOTT T. BUXTON (W82608)
MCI Shirley Medium
P.O. Box 1218
Shirley, MA 01464

# Commonwealth of Massachusetts
## County of Middlesex
## The Superior Court

CIVIL DOCKET# MICV2004-00616-F

RE: **Buxton v Springfield Police Department et al**

TO: Scott T Buxton
   PO Box 9106
   Concord, MA 01742-9106

## TRACKING ORDER - F TRACK

You are hereby notified that this case is on the **fast (F) track** as per Superior Court Standing Order 1-88. The order requires that the various stages of litigation described below must be completed not later than the deadlines indicated.

| STAGES OF LITIGATION | DEADLINE |
| --- | --- |
| Service of process made and return filed with the Court | 05/18/2004 |
| Response to the complaint filed (also see MRCP 12) | 07/17/2004 |
| All motions under MRCP 12, 19, and 20 filed | 07/17/2004 |
| All motions under MRCP 15 filed | 07/17/2004 |
| All discovery requests and depositions completed | 12/14/2004 |
| All motions under MRCP 56 served and heard | 01/13/2005 |
| Final pre-trial conference held and firm trial date set | 02/12/2005 |
| Case disposed | 04/13/2005 |

The final pre-trial deadline is **not the scheduled date of the conference**. You will be notified of that date at a later time.

**Counsel for plaintiff must serve this tracking order on defendant before the deadline for filing return of service.**

This case is assigned to session F sitting in **Rm 10A (Cambridge)** at Middlesex Superior Court.

Dated: 02/18/2004

Edward J. Sullivan
Clerk of the Courts

BY: Phil Massa
Assistant Clerk

Location: Rm 10A (Cambridge)
Telephone: 617-494-4010 EXT 4281

Disabled individuals who need handicap accommodations should contact the Administrative Office of the Superior Court at (617) 788-8130

cvdtracf_2.wpd 2516582 inidoc01 cherubin