12/3/04

TO: CLERK, UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF MASSACHUSETTS
FROM: Scott T. Buxton, Plaintiff, Civil Action No. 04-10352MEL (2 Pages)
RE: Case Management Status of Buxton v. City of Springfield, et al

Dear Sir/Madam:

I am writing because I am unclear as to the Case Management Status of my case as per Article I of the United States District Court Expense and Delay Reduction Plan and Local Rules 1.02 and 1.03 of the United States District Court for Massachusetts. I hope that your office could clarify the status of my civil case at this point in time.

This case was originally filed by me with the State Superior Court at Middlesex County on February 4, 2004 but the Defendant(s) petitioned for removal to this Federal Court on February 18, 2004 and the case was apparently subsequently removed. I had received a Tracking Order from the Middlesex Superior Court Clerk, Edward J. Sullivan, on February 18, 2004 as to the case as a State Superior Court case but to date have NOT received any such Tracking Order or Case Management Report or Scheduling Order, nor notice of any Scheduling Conference as per Local Rule 1.02(a) from the United States District Court. At the time of initial filing and removal I was located at MCI Concord but have since been classified to Shirley Medium MCI. Is it possible that this change may have caused me to miss the receipt of any notices or orders? If so, would you please forward them to me at the address listed below. Also, any clarification of scheduling requirements and

Page 1 of 2

Page 2    12/3/04

orders and/or Filing deadlines for Motions, Pleadings and Discovery That you could update me on would be greatly appreciated

Thank you for your assistance in this somewhat logistically challenged matter.

Sincerely,

*[signature]*

Scott T. Buxton, Pro Se
MCI Shirley Medium (W82608)
P.O. Box 1218
Shirley, MA 01464

Page 2 of 2