# United States District Court
# District of Massachusetts

| | |
|---|---|
| SCOTT T. BUXTON<br>PLAINTIFF<br><br>v.<br><br>SPRINGFIELD POLICE DEPT., CITY OF SPRINGFIELD, GERALD PHILLIPS, PAULA MEARA, PHILLIP TARPEY, OFFICERS MICHAEL HILL, RICHARD JARVIS, ROBERT STRZEMPEK, JUAN HERNANDEZ, JOSHUA ELLSWORTH, CURTIS McKENZIE, DENIS PRIOR, JUSAN ESTRADA, LT. JOHN DOE, SGT. JOHN DOE, OFF. JOHN DOES OF THE THIRD SHIFT, JODY CATELLIER, AND 3RD SHIFT BOOKING OFFICERS<br>DEFENDANTS | CIVIL ACTION NO. 04-10352 MEL |

## SPECIAL APPEARANCE OF COUNSEL
## FOR PURPOSES OF
## MOTION TO QUASH SERVICE
## AND
## MOTION TO DISMISS COMPLAINT

To The Clerk Of This court and all parties of record:

Please enter my special appearance as counsel in this case for the Defendants, MICHAEL HILL, RICHARD JARVIS, ROBERT STRZEMPEK, JUAN HERNANDEZ, JOSHUA ELLSWORTH, CURTIS McKENZIE, DENIS PRIOR, JUSAN ESTRADA, and JODY CATELLIER solely for purposes of the Motion to Quash Service and Motion to Dismiss filed herewith.

45501

Dated: December 26, 2004

Respectfully submitted.

_____
Edward M. Pikula, BBO #399770

Associate City Solicitor
CITY OF SPRINGFIELD LAW DEPATMENT
36 Court Street
Springfield, Massachusetts 01103
Telephone:    (413) 787-6085
Telefax:      (413) 787-6173

**CERTIFICATE OF SERVICE**
The undersigned hereby certifies that a true copy of the within Answer was this day served upon Plaintiff by mailing copy of same or hand delivery to: Scott T. Buxton, MCI Shirley Medium, (W82608) PO Box 1218, Shirley, MA 01464, Plaintiff. SIGNED under the pains and penalties of perjury.
Dated: 12/27/2004
Edward M. Pikula, Esquire

2