**UNITED STATES DISTRICT COURT**
BOSTON, MASSACHUSETTS 02210

CHAMBERS OF
JUDGE MORRIS E. LASKER

January 3, 2005

Scott T. Buxton
Pro Se
M.C.I. Shirley Medium (W82608)
P.O. Box 1218
Shirley, MA 01464

Re:  *Buxton v. City of Springfield et al.*
     04-CV-110352-MEL

Dear Mr. Buxton,

I am writing in response to your letter of December 3, 2004, in which you requested an update on the status of your case.

The defendants filed a motion to dismiss the complaint on December 28, 2004. You have until January 11, 2005 to file an opposition to the defendants' motion. If you did not receive a copy of the defendants' motion, please notify the Court. If you need additional time to respond to the defendants' motion, you should file a motion for extension of time to file your opposition.

Very truly yours,

Susan Farbstein
Law Clerk to U.S.D.J. Lasker

cc: Edward M. Pikula
Law Department, City of Springfield